AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

JUSTIN BRAVO, Individually, and on Behalf of All
Other Persons Similarly Situated

V.

CLINTON HILL DESIGN BUILD, LTD., NICK
HAVEN, PARS MOGHBEL and JOHN DOES #1-

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 0319

JUDGE BATTS

TO: (Name and address of Defendant)

CLINTON HILL DESIGN BUILD, LTD.
609 Vanderbilt Avenue
Brooklyn, New York 11238

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brent E. Pelton, Esq.
Pelton Serpe LLP
111 Broadway, 9th Floor
New York, New York 10006
pelton@peltonserpe.com
(212) 725-3600

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JAN 1 4 2008

CLERK  /s/ Marcos Quintero                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 28, 2008 at 12:34pm |
| NAME OF SERVER (PRINT) Jay Mitchell | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 609 Vanderbilt Avenue Brooklyn, NY 11238

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Lenny Gella, general agent to the corporation M, W, Br, 45, 5'8, 190

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/29/08
Date

Signature of Server: Jay Mitchell - 1097069

Address of Server: 636 Brooklyn Ave Brooklyn, NY 11203

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.