Brent E. Pelton, Esq.
PELTON SERPE LLP
111 Broadway, 9th Floor
New York, New York 10006
(Phone) (212) 725-3600; (Fax)(212) 385-4600
pelton@peltonserpe.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JUSTIN BRAVO, Individually, and on Behalf of       :   ECF
All Other Persons Similarly Situated,              :   2008 Civ. 0319 (DAB)
                                                   :
                    Plaintiffs,                    :
                                                   :
          -against-                                :
                                                   :
CLINTON HILL DESIGN BUILD, LTD.,                   :
NICK HAVEN, PARS MOGHBEL and                       :
JOHN DOES # 1-10, Jointly and Severally            :
                                                   :
                    Defendants.                    :
-------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL

IT IS hereby STIPULATED AND AGREED by and between the undersigned that the above-captioned action shall be, and hereby is, dismissed with prejudice and on the merits and without costs or attorneys' fees to any party as against the other. It is also stipulated and agreed that this Court will retain jurisdiction for purposes of resolving any questions or issues that might arise in connection with the dismissal of this action.

STIPULATED AND AGREED:

                                         PELTON SERPE LLP

                                         By: _____
                                             Brent E. Pelton (BP-1055)

                                         111 Broadway, 9th Floor
                                         New York, New York 10006
                                         (212) 725-3600
                                         Attorneys for Plaintiff

1 NY/2256296.4                   1

CLINTON HILL DESIGN BUILD, LTD.

By: _____  *Nicholas Havens*
    Nick Havens

NICK HAVENS

_____

PARS MOGHBEL

_____

SO ORDERED: *Deborah A. Batts*    4/9/08
            Hon. Deborah A. Batts, U.S.D.J.